# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

AMERICAN INFOAGE, LLC, a Florida limited liability company,

Appellant,

v.

GF LAKE, LLC, a Florida limited liability company,

Appellee.

No. 2D2023-1342

———————————————

May 3, 2024

Appeal from the Circuit Court for Hillsborough County; Darren D. Farfante, Judge.

Aaron M. Clark of Gamble Clark LLP, Atlanta, Georgia, and R. Gale Porter of Porter Law Group LLC, Tampa, for Appellant.

W. Gregory Golson of Mechanik Nuccio Hearne & Wester, P.A., Tampa, and Raymond T. Elliget, Jr. and Amy S. Farrior of Buell & Elligett, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

ATKINSON, and SMITH, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.

———————————————

Opinion subject to revision prior to official publication.